UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.S.G.,

    *Plaintiff*,

  v.

David L. NEAL, et al.,

    *Defendants*.

CASE NO. 23-CV-9859 (JMF)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY USING INITIALS ONLY**

Plaintiff's motion to proceed anonymously using his initials only is GRANTED. The Clerk of Court is directed to terminate ECF No. 4.

**IT IS SO ORDERED.**

Dated: November 8, 2023
New York, New York

_____
United States District Judge