UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
 
M.S.G.,

       Plaintiff,

    -v-

David L. NEAL et al.,

       Defendants.

------------------------------------------------------------------X

23-CV-9859 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

  In light of the briefing schedule set at ECF No. 23, the Court sees no need for the conference on November 15, 2023, and it is hereby CANCELED.  If either party believes there is a need for a conference, it should confer with the other side and seek appropriate relief.

  SO ORDERED.

Dated: November 13, 2023
   New York, New York

                      JESSE M. FURMAN
                     United States District Judge